IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS C. WELLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 08-0240-CG-C |
| | ) |
| VAN P. FINGER, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the verdict of the jury entered herein, it is **ORDERED** and **ADJUDGED** that **JUDGEMENT** is hereby entered in favor of plaintiff, Thomas C. Weller, Jr., and against defendant, Van P. Finger. Compensatory damages are hereby awarded in the amount of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00). Punitive damages are hereby awarded in the amount of THREE HUNDRED THOUSAND DOLLARS AND NO CENTS ($300,000.00).

Costs are to be taxed against the defendant.

**DONE and ORDERED** this the 14th day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE