## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| THOMAS C. WELLER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.:  CV-08-240-CG-C |
| ) | |
| VAN P. FINGER, ) | |
| ) | |
| Defendant. ) | |

### ORDER DIRECTING DEPOSIT INTO INTEREST-BEARING ACCOUNT

The court having considered the motion of Van P. Finger to allow the defendant to pay into court, without prejudice, the sum of $400,000.00 into an interest-bearing account in accordance with Rule 67 of the Fed. R. Civ. P. pending rulings by this court on certain post-trial motions and the Court being of the opinion that said motion is well taken, the court hereby **GRANTS** said motion and orders that the sum of $400,000.00 be invested into the court approved interest-bearing account at the time said funds are delivered to the clerk of court.

**DONE and ORDERED** this 5th day of February, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE