IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS C. WELLER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0240-CG-C |
| | ) |
| VAN P. FINGER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the plaintiff's motion to release funds, in which the plaintiff moves the court to release to plaintiff's counsel the $385,311.33 in attonrey's fees and costs recently deposited by the defendant (Doc. 195).

Upon due consideration, the motion is hereby **GRANTED**. The clerk of court is **ORDERED** to disburse the THREE HUNDRED EIGHTY-FIVE THOUSAND THREE HUNDRED ELEVEN 33/100 DOLLARS ($385,311.33) deposited with this court, plus any interest accrued, to plaintiff's counsel, Anne Laurie McClurkin, at McDowell Knight Roedder & Sledge, LLC, Post Office Box 350, Mobile, AL 36601.

**DONE and ORDERED** this 20th day of July, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE